# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1022
Owner:  Jorge Montalvo, *et al.*
Acres:  7.318

**Being** a 7.318 acre tract (318,774 sq ft) parcel of land, more or less, being out of a called 42.039 acres, calculated as 45.290 acres described as a part or portion of Porcion No. 61, in Starr County, Texas conveyed to Jorge Montalvo and Elsa Montalvo, Volume 1478, Page 525. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence N62°05'17"W a distance of 4707.66 feet to a found ½" iron rod designated as RGV-RGC-1020-1-1=1022-1=1044-1 on the West line of the Sanchez-O'Brien Oil & Gas Corporation tract, Volume 699, Page 607 and on the East line of the Amador Gonzalez tract, Volume 927, Page 178 and on the North line of the Jorge Montalvo and Elsa Montalvo tract, Volume 1478, Page 525 and on an existing barbed wire fence line, for the **Point of Commencement** and the **Point of Beginning,** having the following coordinates: N=16716382.35, E=780622.58.

**Thence:** N42°17'52"E along said fence, along the West line of the Sanchez-O'Brien Oil & Gas Corporation tract, Volume 699, Page 607 and the North line of the Jorge Montalvo and Elsa Montalvo tract, Volume 1478, Page 525, crossing the center of an existing 9 foot wide dirt road at 12 feet, a distance of 89.18 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-1-5=1022-2 for angle, said point being on the Eastern boundary of the parcel herein described;

**Thence:** S36°47'37"E departing said property line, departing said fence, along said Eastern boundary, crossing the center of an existing 9 foot wide dirt road at 8 feet, a distance of 392.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1022-2A for a Point on Line;

**Thence:** S36°47'37"E along said Eastern boundary, crossing the center of an existing 9 foot wide dirt road at 19 feet, a distance of 392.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1022-2B for a Point on Line;

## SCHEDULE C (Cont.)

Thence: S36°47'37"E along said Eastern boundary, crossing the center of an existing 9 foot wide dirt road at 76 feet, a distance of 392.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1022-2C for a Point on Line;

Thence: S36°47'37"E along said Eastern boundary, crossing the center of an existing 9 foot wide dirt road at 152 feet, to an existing barbed wire fence line, a distance of 392.47 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-1=1022-3 for angle, said point being on the South line of the Jorge Montalvo and Elsa Montalvo tract, Volume 1478, Page 525 and on the North line of the Sanchez-O'Brien Oil & Gas Corporation tract, Volume 699, Page 607;

Thence: S74°17'06"W along said property line, along said fence, departing said Eastern boundary, a distance of 106.95 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-8=1022-4 for angle;

Thence: S56°00'38"W along said property line, along said fence, a distance of 72.95 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-7=1022-5 for angle;

Thence: S41°26'15"W along said property line, along said fence, a distance of 38.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-6=1022-6 for angle, said point being on the Western boundary of the parcel herein described;

Thence: N36°47'37"W departing said property line, departing said fence, along said Western boundary, a distance of 497.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1022-6A for a Point on Line;

Thence: N36°47'37"W along said Western boundary, crossing the center of an existing 9 foot wide dirt road at 493 feet, a distance of 497.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1022-6B for a Point on Line;

Thence: N36°47'37"W along said Western boundary, crossing the center of an existing 9 foot wide dirt road at 236 feet, to an existing barbed wire fence line, a distance of 497.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1022-7=1044-3 for angle, said point being on the North line of the Jorge Montalvo and Elsa Montalvo tract, Volume 1478, Page 525 and on the South line of the Amador Gonzalez tract, Volume 927, Page 178;

Thence: N43°00'03"E departing said Western boundary, along said property line, along said fence line, a distance of 123.97 feet to a found ½" iron rod designated as RGV-RGC-1022-8=1044-2 for angle;

## SCHEDULE C (Cont.)

**Thence:** N30°31'36"W along said property line, along said fence line, a distance of 3.89 feet returning to the **Place of Beginning.**

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



LEGEND:

| Symbol | Description | | Symbol | Description |
|---|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | | | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL |
| ◆ | SET MONUMENT | | | OVERHEAD COMMUNICATIONS/TELEPHONE LINE |
| △ | CONTROL POINT | | | UNDERGROUND COMMUNICATION/TELEPHONE LINE |
| | ACQUISITION BOUNDARY | | | UNDERGROUND FIBER OPTIC LINE |
| | PROPOSED ACQUISITION BOUNDARY | | | CATCH BASIN |
| | EASEMENT LINE | | | STORM GRATE |
| | PROPERTY LINE | | | STORM SEWER VALVE |
| | PORCION LINE | | | STORM MANHOLE |
| | EXISTING WALL | | | STORM SEWER |
| | LEVEE TOP BANK | | | CULVERT |
| | LEVEE TOE | | | HEADWALL AND WINGWALL |
| | EDGE OF ROAD (TYPE NOTED) | | | TOP OF DITCH |
| | GUARD RAIL | | | BOTTOM OF DITCH |
| | SAVE AND EXCEPT AREA | | | EDGE OF WATER |
| | | | | WATER PUMP |
| | EDGE OF SIDEWALK | | | MONITORING WELL |
| | BUILDING OUTLINE (SEE LABEL) | | | WATER VALVE |
| | FENCE (TYPE NOTED) | | | WATER METER |
| | EDGE OF STRUCTURE (SEE LABEL) | | | HYDRANT |
| | BRIDGE OUTLINE | | | WATER EXTINGUISHER/FAUCET/SPICKOT |
| | OVERHEAD ELECTRICAL LINE | | | WATER MANHOLE |
| | UNDERGROUND ELECTRICAL LINE | | | WATER LINE |
| | LIGHT POLE | | | LIFT STATION |
| ○ | UTILITY POLE | | | PUMP STATION |
| | GUY END | | | SEWER CLEAN OUT |
| | GUY POLE | | | SEWER MANHOLE |
| | JUNCTION BOX | | | SEWER WATER PUMP |
| | ELECTRICAL MANHOLE | | | SANITARY SEWER VAULT |
| | ELECTRICAL METER | | | SANITARY SEWER LINE |
| | ELECTRICAL PULL BOX | | | GAS TANK |
| | TRANSMISSION TOWER | | | GAS VALVE |
| | SUBSTATION | | | GAS METER |
| | ELECTRICAL TRANSFORMER | | | GAS LINE MARKER |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | | GAS VAULT |

| Symbol | Description |
|---|---|
| | GAS LINE |
| | EDGE OF RIPRAP |
| | EDGE OF VEGETATION (TYPE NOTED) |
| | MISCELLANEOUS SYMBOL (SEE LABEL) |
| S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| WI | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CULV. | CULVERT |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| MON | MONUMENT |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| CPS | COTTON PICKER SPINDLE |
| DIS | DISTURBED |
| 1STFR | 1 STORY FRAME HOUSE |
| 2STFR | 2 STORY FRAME HOUSE |
| 1STBR | 1 STORY BRICK HOUSE |
| 2STBR | 2 STORY BRICK HOUSE |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 2STCB | 2 STORY COMMERCIAL BUILDING |
| 1STSB | 1 STORY STONE BUILDING |
| 2STSB | 2 STORY STONE BUILDING |
| SHDWF | SHED WOOD FRAME |
| SHDBR | SHED BRICK |
| CLF | CHAIN LINK FENCE |
| WF | WOODEN FENCE |
| SBF | STONE OR BRICK FENCE |
| BWF | BARBED WIRE FENCE |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999228869 (E.G. GRID X 0.9999228869 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 19698303349).
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 19698308633).
9. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 592014526).
10. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 592014938).

| SHEET NO.<br><br>8 OF 9 | METES & BOUNDS SURVEY<br>JORGE MONTALVO AND<br>ELSA MONTALVO<br>TRACT NO. RGV-RGC-1022<br>STARR COUNTY        TEXAS |  |  |  |  |
|---|---|---|---|---|---|

EMC, INC. PROJECT NO.: 19036

## SCHEDULE D (Cont.)

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| | PARCEL TABLE | | | | |
| P1 | RGV-RGC-1020-1-1=1022-1=1044-1 | 16716382.35 | 780622.58 | | |
| L1 | | | | 89.18' | N42°17'52"E |
| P2 | RGV-RGC-1020-1-5=1022-2 | 16716448.31 | 780682.60 | | |
| L2 | | | | 392.46' | S36°47'37"E |
| P3 | RGV-RGC-1022-2A | 16716134.03 | 780917.65 | | |
| L3 | | | | 392.46' | S36°47'37"E |
| P4 | RGV-RGC-1022-2B | 16715819.75 | 781152.71 | | |
| L4 | | | | 392.46' | S36°47'37"E |
| P5 | RGV-RGC-1022-2C | 16715505.47 | 781387.77 | | |
| L5 | | | | 392.47' | S36°47'37"E |
| P6 | RGV-RGC-1020-2-1=1022-3 | 16715191.18 | 781623.83 | | |
| L6 | | | | 106.95' | S74°17'06"W |
| P7 | RGV-RGC-1020-2-8=1022-4 | 16715162.21 | 781519.88 | | |
| L7 | | | | 72.95' | S56°00'38"W |
| P8 | RGV-RGC-1020-2-7=1022-5 | 16715121.43 | 781459.39 | | |
| L8 | | | | 38.14' | S41°26'15"W |
| P9 | RGV-RGC-1020-2-6=1022-6 | 16715092.83 | 781434.15 | | |
| L9 | | | | 497.63' | N36°47'37"W |
| P10 | RGV-RGC-1022-6A | 16715491.33 | 781136.10 | | |
| L10 | | | | 497.63' | N36°47'37"W |
| P11 | RGV-RGC-1022-6B | 16715889.83 | 780838.06 | | |
| L11 | | | | 497.63' | N36°47'37"W |
| P12 | RGV-RGC-1022-7=1044-3 | 16716288.33 | 780540.01 | | |
| L12 | | | | 123.97' | N43°00'03"E |
| P13 | RGV-RGC-1022-8=1044-2 | 16716379.00 | 780624.56 | | |
| L13 | | | | 3.89' | N30°31'36"W |

SHEET NO. 9 OF 9 — METES & BOUNDS SURVEY JORGE MONTALVO AND ELSA MONTALVO TRACT NO. RGV-RGC-1022 STARR COUNTY TEXAS

 

Tract: RGV-RGC-1022
Owner: Jorge Montalvo, *et al.*
Acreage: 7.318

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-1022
Owner:  Jorge Montalvo, *et al.*
Acres:  7.318

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described by Replacement Warranty Deed dated January 22, 2016, recorded in Volume 1478, Page 525, Official Public Records, Starr County, Texas, and Warranty Deed dated August 23, 2005, recorded in Volume 1059, Page 669, Official Public Records, Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FIFTY

THOUSAND, EIGHT DOLLARS AND NO/100 ($50,008.00), to be deposited herewith

in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jorge Montalvo**<br>▓▓▓▓▓▓▓▓▓▓▓▓<br>Rio Grande City, Texas ▓▓▓▓<br><br>**Elsa Montalvo**<br>▓▓▓▓▓▓▓▓▓▓▓▓<br>Rio Grande City, Texas ▓▓▓ | **RGV-RGC-1022**<br>Replacement Warranty Deed dated January 22, 2016, recorded in Volume 1478, Page 525, Official Public Records Starr County, Texas<br><br>Warranty Deed Dated August 23, 2005, recorded in Volume 1059, Page 669, Official Public Records, Starr County, Texas |
| **Starr County Tax Assessor-Collector Ameida Salinas**<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-1022**<br>Property Identification No: 79962<br>Geo Identification No: 00283-06100-07215-000000. |